# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 14, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155863(61)

JONES FAMILY TRUST,
        Plaintiff-Appellant,
and

SYLVIA JONES and BOBBY JONES,
        Plaintiffs,

v

SC: 155863
COA: 329442
Saginaw CC: 13-019698-NZ

SAGINAW COUNTY LAND BANK
AUTHORITY and ROHDE BROTHERS
EXCAVATING, INC.,
        Defendants-Appellees,
and

CITY OF SAGINAW and HARDHAT DOE,
        Defendants.
_____/

On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing its reply is GRANTED. The reply will be accepted as timely filed if submitted on or before July 31, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 14, 2017



Clerk